IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Botello et al | ) | Case No: 13 CV 4568 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Sidney I. Schenkier |
| | ) | |
| Creative Foods, LLC et al | ) | |
| | ) | |

## ORDER

     Plaintiffs' motion to reinstate case, enforce settlement agreement and for entry of a judgment order (doc. # 33) is unopposed, and is granted; no appearance on the motion is required. We hereby reinstate the case. Based on the uncured default of defendants' performance obligation under the settlement agreement, we hereby enter judgment in favor of plaintiffs and against defendants, jointly and severally, in the amount of $4,200.00 which includes attorneys' fees and costs. ENTER JUDGMENT ORDER. Civil case terminated with the judgment order.

Date: April 27, 2015

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE